IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRICE QUINLAN & LAURA WILLIS, )<br>On behalf of themselves )<br>and all others similarly situated, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>XPO LOGISTICS, INC., & )<br>XPO LOGISTICS OF DELAWARE, )<br>INC., )<br> )<br>Defendants. ) | Case No. 4:17-CV-00186-FJG |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

COME NOW Plaintiffs Brice Quinlan and Laura Willis ("Plaintiffs") and Defendants XPO Logistics, Inc., and XPO Logistics of Delaware, Inc. ("Defendants"), by their respective counsel, and move this Court to enter the Stipulated Protective Order agreed to by the Parties.

The basis for the Protective Order is the need to maintain the proprietary and confidential nature of documents and information that may be produced during discovery. Entry of the attached Stipulated Protective Order will allow the Parties to comply with their discovery obligations while maintaining the confidential nature of certain proprietary or personal information by designating such information as "Confidential."

WHEREFORE, the Parties request that the Court enter the Stipulated Protective Order, submitted contemporaneously to Chambers.

4645662v.1

Respectfully submitted this 5th day of September, 2017.

        OSMAN & SMAY LLP

        /s/ Matthew E. Osman
        Matthew E. Osman,    MO Bar # 60137
        Kathryn S. Rickley,    MO Bar # 59435
        8500 W. 110th Street, Suite 330
        Overland Park, Kansas 66204
        Telephone: (913) 667-9243
        Facsimile: (866) 470-9243
        Email: mosman@workerwagerights.com
        Email: krickley@workerwagerights.com

        and

        McCLELLAND LAW FIRM, P.C.

        /s/ Ryan L. McClelland
        Ryan L. McClelland, MO Bar # 59343
        The Flagship Building
        200 Westwoods Drive
        Liberty, Missouri 64068
        Telephone: (816) 781-0002
        Facsimile: (816) 781-1984
        Email: ryan@mcclellandlawfirm.com

        ATTORNEYS FOR PLAINTIFFS

        and

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP


/s/ Kimberly F. Seten
Kimberly F. Seten,    MO Bar # 50449
Heather M. Lake,    MO Bar # 53169
2600 Grand Boulevard, Suite 750
Kansas City, Missouri 64108
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
Email: kseten@constangy.com
Email: hlake@constangy.com

ATTORNEYS FOR DEFENDANTS